IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL L. DuMONDE, #21609-001,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:08-cv-284-WKW |
| | ) |
| **FEDERAL BUREAU OF PRISONS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

On May 6, 2008, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections were filed. On April 16, 2008, the court granted plaintiff fourteen days to file with the Clerk of the Court either the $350.00 filing fee or a motion for leave to proceed *in forma pauperis* accompanied by an affidavit in support thereof. (Doc. # 3.) The requisite time has passed and plaintiff has not provided the court with either the filing fee or a motion for leave to proceed *in forma pauperis*. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 4) is ADOPTED;

2. This case is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 2nd day of July, 2008.

      /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE